IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRANDON C. MARTIN                                                    PLAINTIFF

v.                                    Case No. 1:15-cv-01050

DEIDRICK CALBERT; SERGEANT
DON HOLLINGSWORTH, Criminal
Investigation Unit, Warren Police Department;
OFFICER PHILLIP EVERETT, Warren
Police Department                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 21, 2015, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 5).

Judge Bryant recommends Plaintiff's Complaint (ECF No. 2) be dismissed as the claims asserted are

frivolous, fail to state claims upon which relief may be granted, or are not presently cognizable.  28

U.S.C. § 1915(e)(2)(B)(i-ii).

The parties have not filed objections to the Report and Recommendation, and the time to object

has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation *in toto*.

Accordingly, the Complaint filed in this case is hereby **DISMISSED**.  All claims against all

Defendants are dismissed.

**IT IS SO ORDERED**, this 17th day of November, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge